UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                             :

IN RE: WORLD TRADE CENTER LOWER     :    **Docket No.:**
MANHATTAN DISASTER SITE            :    **21 MC 102 (AKH)**
LITIGATION                         :
---------------------------------------------------------- :
                             :

BEATRIZ CONCEPTION,               :    **Case No.:**
                             :    **07-CV-1594-AKH**

             Plaintiffs,         :
                             :

       - against -             :    **NOTICE OF APPEARANCE**
                             :    **BY DEFENDANT**
WESTON SOLUTIONS, INC., *et al*,    :    <u>**WESTON SOLUTIONS, INC.**</u>
                             :

             Defendants.       :
                             :
------------------------------------------------------------X

To the Clerk of this Court and All Parties of Record:

      PLEASE TAKE NOTICE that Defendant WESTON SOLUTIONS, INC. ("Weston"), by and through its attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, hereby appears in the above-entitled action, and that all pleadings and papers in this action be served upon the undersigned at the office and address stated below.  The undersigned certifies that he is admitted to practice before this Court.

Dated: New York, New York
      December 31, 2007

3056877.1

Yours etc.,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:  _/s/ Jason Harrington_____
  Jason Harrington (JH7273)
  Attorneys for Defendant
  Weston Solutions, Inc.
  150 E 42nd Street
  New York, NY 10017
  (212) 490-3000 (p)
  (212) 490-3038 (f)

To: All parties via ECF

3056877.1