x:\ATS-52183\adoption

ROGER P. McTIERNAN, JR (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendant ANN TAYLOR STORES CORPORATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------X
BEATRIZ CONCEPCION,

                     Plaintiffs,

    -against-

80 LAFAYETTE ASSOCIATES, LLC, ALAN KASMAN
DBA KASCO, ANN TAYLOR STORES CORPORATION,
B.R. FRIES & ASSOCIATES, INC., BATTERY PARK
CITY AUTHORITY, BLACKMON-MOORING-
STEAMATIC CATASTOPHE, INC. D/B/A BMS CAT,
BLUE MILLENNIUM REALTY LLC, BROOKFIELD
FINANCIAL PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, LP, BROOKFIELD
PARTNERS, LP, BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS INC., CENTURY 21, INC., ENVIROTECH
CLEAN AIR, INC., GPS ENVIRONMENTAL
CONSULTANTS, INC., GRUBB & ELLIS
MANAGEMENT SERVICES, HILLMAN
ENVIRONMENTAL GROUP, LLC., INDOOR
ENVIRONMENTAL TECHNOLOGY, INC., JACK
RESNICK & SONS INC., KASCO RESTORATION
SERVICES CO., MAYORE ESTATES LC, MAYORE
ESTATES LC AND 80 LAFAYETTE ASSOCIATION
LLC AS TENANTS IN COMMON, MERRILL LYNCH &
CO, INC., NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC.,
RESNICK 75 PARK PLACE LLC, STONER AND
COMPANY, INC., STRUCTURE TONE (UK), INC.,
STRUCTURE TONE GLOBAL SERVICES, INC.,
TOSCORP INC., TUCKER ANTHONY, INC., WESTON
SOLUTIONS, INC., WFP TOWER A CO., WFP TOWER
A CO. G.P. CORP., WFP TOWER A. CO., L.P., WFP

**NOTICE OF
ADOPTION**

**07 CV 1594**

TOWER B CO. G.P. CORP., WFP TOWER B HOLDING
CO., LP, AND WFP TOWER B. CO., L.P., ET AL.,

                      Defendants.
-----------------------------------------------------------------------------X

PLEASE TAKE NOTICE that defendant, ANN TAYLOR STORES CORPORATION as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts ANN TAYLOR STORES CORPORATION's Answer to the Master Complaint dated August 8, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

To the extent that ANN TAYLOR STORES CORPORATION's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, ANN TAYLOR STORES CORPORATION denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

WHEREFORE, ANN TAYLOR STORES CORPORATION demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
        December 7, 2007

                                                                _____
                                                                ROGER P. McTIERNAN, JR. (RPM 1680)
                                                                BARRY, McTIERNAN & MOORE
                                                                Attorneys for Defendant
                                                                ANN TAYLOR STORES CORPORATION
                                                                2 Rector Street – 14th Floor
                                                                New York, New York 10006
                                                                (212) 313-3600

To:
    WORBY GRONER EDELMAN & NAPOLI BERN, LLP
    Attorneys for Plaintiffs
    115 Broadway, 12th Floor
    New York, New York 10006
    (212) 267-3700